ACCEPTED
12-13-00181-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/27/2015 3:55:51 PM
CATHY LUSK
CLERK

**CARLO D'ANGELO, PC**
Attorney at Law

MEMBER:
State Bar of Texas
The Florida Bar

100 East Ferguson, Ste 1210
Tyler, Texas, 75702
903.595.6776 Tel
903.407.4119 Fax
carlo@dangelolegal.com
DangeloLegal.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/27/2015 3:55:51 PM
CATHY S. LUSK
Clerk

January 27, 2015

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas 75702

Re:   *Nicky Charune Agnew v. State of Texas*
      Cause No. 12-12-00181-CR

To the Clerk of Court:

In accordance with Texas Rule of Appellate Procedure 48.4, enclosed please find the original Domestic Return green postcard signed by TDCJ officials on Appellant's behalf and returned to my office.

Sincerely,

Carlo D'Angelo

cc:   Mike West, Smith County District Attorney's Office

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Inmate: Nicky C. Agnew
TDCJ, Telford Unit
No. 01859940
3899 State Hwy 98
New Boston, Tx 75570-5669

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_     ☒ Agent
                    ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Yates                             1-20-15

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☒ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 1670 0000 4835 3324

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

NORTH TEXAS*
3500 Maple Ave., Ste 400
Dallas, Texas, 75219

Ft. Luaderdale, Florida, 33301     *By appointment only